**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2261**

_____

MICHAEL WALTON,

Plaintiff - Appellant,

v.

LOCKHEED MARTIN AIRCRAFT CENTER,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:09-cv-00462-HMH)

_____

Submitted:  January 13, 2011          Decided:  January 18, 2011

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Walton, Appellant Pro Se.  Wendy Lyn Furhang, Stephanie E. Lewis, Andreas Neal Satterfield, Jr., JACKSON LEWIS, LLP, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Walton appeals the district court's order adopting the magistrate judge's report and recommendation granting summary judgment in favor of Lockheed Martin on Walton's Title VII and breach of contract claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walton v. Lockheed Martin Aircraft Ctr., No. 6:09-cv-00462-HMH (D.S.C. Oct. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED